UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUFFY ALVAREZ,

Petitioner,

v.

WARDEN SALMONSON,

Respondent.

No. 2:26-cv-0090 DJC CSK P

ORDER

Petitioner requested an extension of time to file an opposition to defendant's July 22, 2026 motion to dismiss, and asks the Court to direct respondent to start serving all documents via certified mail because petitioner did not receive respondent's motion. Upon review of the motion to dismiss, there is no proof of service attesting to respondent serving a copy of the July 22, 2026 motion on petitioner. Therefore, within seven days of the date of this order, respondent shall re-serve the motion to dismiss and its attachments on petitioner at his address of record, and shall file the proof of service with the Court. Petitioner's request that all service by respondent be conducted by certified mail is denied. Respondent is cautioned that future failure to serve documents on petitioner may result in the imposition of sanctions. Petitioner's motion for extension of time is granted. Petitioner is granted thirty days from the date the motion to dismiss is re-served on petitioner to file his opposition to the motion to dismiss.

///

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order, respondent shall re-serve the motion to dismiss and attachments on petitioner at his address of record, and shall file the proof of service with the Court.

2. Petitioner's motion for an extension of time (ECF No. 12) is granted; and

3. Petitioner shall file an opposition within thirty days from the date the motion to dismiss is re-served on petitioner.

Dated: September 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/alva0090.111